MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
Caroline R. Djang

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LIAT TALASAZAN,<br><br>Debtor. | Case No. 2:19-bk-23664-NB<br><br>Chapter 7<br><br>SUPPLEMENTAL DECLARATION OF MARTIN HUDLER IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY<br><br>Date: May 11, 2021<br>Time: 11:00 a.m.<br>Ctrm: 1545 - ZoomGov[1] |

### Declaration of Martin Hudler

I, MARTIN L. HUDLER, declare as follows:

1. I am over the age of eighteen and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this supplemental Declaration.

---

[1] Due to the COVID-19 outbreak, Judge Bason has altered his prior telephonic hearing procedures. Except as may be otherwise ordered by the Court, all hearings before Judge Bason will be conducted remotely using ZoomGov. Judge Bason will no longer utilize CourtCall. ZoomGov: Video and audio connection information for each hearing will be provided on Judge Bason's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=NB

1

3. The facts set forth below are true of my personal knowledge.

4. I and/or my assignee are the successful bidder of real property commonly known as 636 N. Laurel Avenue, Los Angeles, California 90048 ("Property") at the auction held by the Court on May 11, 2021.

5. I make this declaration in support of the Trustee's motion for order: (1) authorizing sale of real property: (a) outside the ordinary course of business; (b) free and clear of liens; (c) subject to overbids; and (d) for determination of good faith purchaser under § 363(m) ("Sale Motion"), filed on April 20, 2021 as Dk. No. 588.

6. I do have a prior connection to Liat Talasazan, but do not have any prior dealings with Liat Talasazan, her family, or her business associates.

7. I do not have any connection to or prior dealings with Chapter 7 Trustee Caroline R. Djang ("Trustee"), her family, or her business associates.

8. I do not have any connection to or prior dealings with any member of Best Best & Krieger LLP, Marshack Hays LLP, or any of their family or business associates.

9. I do not have any connection to or prior dealings with any of Debtor's major creditors or equity security holders.

10. Other than the offer set forth in the Sale Motion, no consideration is contemplated and, in connection with the sale, I have not transferred any consideration to any person other than the bankruptcy estate.

11. The proposed purchase of the Property is the result of a business-like and arms-length negotiation with the Trustee, conducted through my broker and the Trustee's broker. Further, I have not colluded with any other bidders, the Debtor or her family, or her business associates.

/ / /

/ / /

/ / /

12. I have no reason to believe that I have received any special treatment, consideration, or accommodation in connection with my proposed purchase of the Property.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 18, 2021.

_____
MARTIN L. HUDLER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF MARTIN L. HUDLER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 18, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **May 18, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
LIAT TALASAZAN
535 N FULLER AVE.
LOS ANGELES, CA 90036

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PURSUANT TO POSTED PROCEDURES OF JUDGE BASON (REV. 01/25/21),
NO JUDGE'S COPIES ARE REQUIRED. THE JUDGE PREFERS TO REVIEW DOCUMENTS ONLINE.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 18, 2021 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  continued:

- Glenn Besnyl    gab1law@msn.com
- Kelli M Brown    kbrown@mclaw.org, CACD_ECF@mclaw.org
- David I Brownstein    david@brownsteinfirm.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Kathryn M.S. Catherwood    kcatherwood@grsm.com, mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grams.com
- Vonn Christenson    vrc@christensonlaw.com, jt@christensonlaw.com
- Caroline Djang    caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- Caroline Renee Djang (TR)    caroline.djang@bbklaw.com, C190@ecfcbis.com;laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- Dare Law    dare.law@usdoj.gov
- Elan S Levey    elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
- William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
- Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- Ketan G Sawarkar    ketan.sawarkar@americaninfosource.com
- Luis A Solorzano    ls@gobklaw.com, go@ecf.inforuptcy.com;go@gobklaw.com;orantesgr89122@notify.bestcase.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**